UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA *ex rel.*
JANE DOE,

                Plaintiffs,

        v.

HSBC BANK USA, N.A.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2015
```

ECF CASE

Case No. 11 Civ. 2968 (LGS)

**FILED UNDER SEAL**

## ORDER

    IT IS HEREBY ORDERED that, although the complaint, orders and all other documents in this action are held under seal pursuant to 31 U.S.C. § 3730 and by order of the Court, the United States may, in its discretion, disclose to the defendant the existence of the *qui tam* action, the allegations in the *qui tam* complaint, and the complaint itself, in either as-filed or redacted form. For purposes of this Order, the term "complaint" shall include the complaint and any amended complaints filed in this matter.

    Except as otherwise stated herein, or in other orders of this Court, the complaint, orders, and all other documents submitted in this case shall remain under seal until further order of the Court.

The defendant receiving disclosure pursuant to this Order shall be informed that it is bound by this sealing Order.

SO ORDERED: *Sept. 30, 2015*

_____
HONORABLE LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Clerk of the Court is respectfully directed to unseal this case, to file this Order on the public docket, but to maintain all other docket entries under seal until further notice.
New York, New York
November 3, 2015

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**